No. 9316. STATE OF MONTANA ex rel. HAROLD R. HAGEMAN, RELATOR, *v.* DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Garfield and W. R. FLACHSENHAR, RESPONDENTS.

258 Pac. (2d) 111.

Decided June 24, 1953.

*Mr. Franklin S. Longan,* Billings, for Relator.

Per Curiam.

Relator's application for a writ of supervisory control is denied and the proceeding is dismissed.